

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00028-CR

BOBBY FORTUNE                                                       APPELLANT

V.

THE STATE OF TEXAS                                                       STATE

----------

### FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Bobby Fortune was indicted for possessing heroin. He pled guilty under the terms of a plea-bargain agreement in exchange for nine months' confinement in a state jail. The plea proceedings were not recorded. The trial court granted permission for Appellant to appeal, and Appellant timely filed notice of appeal. Appellant's court-appointed appellate counsel has filed a motion to

---

[1]*See* Tex. R. App. P. 47.4.

withdraw and a brief in support of that motion. In counsel's brief, he certifies that, in his professional opinion, the appeal is frivolous. Counsel's brief and motion meet the requirements of *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds for appeal. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.). We gave Appellant the opportunity to file a brief on his own behalf by a date certain, which has since come and gone without Appellant's having availed himself of the opportunity. By letter, the State acknowledges having received Appellant's counsel's brief and informs us that it will not file its own brief in response.

Once an appellant's court-appointed counsel files a motion to withdraw on the ground that the appeal is frivolous and fulfills the requirements of *Anders*, we are obligated to undertake an independent examination of the record to see if there is any arguable ground that may be raised on the appellant's behalf. *See Stafford*, 813 S.W.2d at 511; *Mays*, 904 S.W.2d at 923. Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

We have carefully reviewed the record and the brief filed by Appellant's counsel. We agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record that arguably might support any appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005); *see also Garner*

*v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009).  Accordingly, we grant the motion to withdraw and affirm the trial court's judgment.

PER CURIAM

PANEL:  GARDNER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 15, 2014